ORIGINAL

**Perkins**
**Coie**

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

# MEMO ENDORSED

August 29, 2025

**VIA ECF**



Jonathan G. Hardin
JHardin@perkinscoie.com
D. +1.202.654.6297
F. +1.202.654.9983

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/25_

**Re:**    *Basker v. Lakeland Tours, LLC, et al.*, Case No. 1:24-cv-05056-LLS

Dear Judge Stanton:

We write on behalf of Defendant Robert Gogel ("Mr. Gogel") pursuant to Your Honor's Individual Rule 1(E).

Mr. Gogel respectfully requests that his deadline to respond to the Amended Complaint, which is currently September 2, 2025, be extended to October 2, 2025. No previous extension requests have been made, and the requested extension will not affect any other scheduled dates. Pursuant to the Court's May 28, 2025 Order (ECF No. 26), the deadlines in the Joint Scheduling Order have been stayed "until defendant Gogel is served and joined in the action." Mr. Gogel has now been served, and undersigned counsel entered an appearance on Mr. Gogel's behalf on August 27, 2025 (ECF Nos. 31-33).

*Granted*
*Louis L*
*Stanton*
*9/2/25*

Plaintiff James G. Basker consents to the requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jonathan G. Hardin*

Jonathan G. Hardin

MEMO ENDORSED

August 29, 2025
Page 2


cc: Gavin Strube, Esq.
    James McGuire, Esq.