ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/25

---

JAMES G. BASKER,

                Plaintiff,

    - against -                   24 Civ. 5056 (LLS)

LAKELAND TOURS, LLC, AND ROBERT       ORDER
GOGEL,

                Defendants.

---

    Pursuant to the conference held before this Court on October 23, 2025, and by unanimous consent, the stipulation staying discovery (Dkt. No. 26) is lifted.

So ordered.

Dated: New York, New York

       October 23, 2025

                                      *Louis L. Stanton*

                                     LOUIS L. STANTON

                                      U.S.D.J.